United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLENE HOLWAY,

Plaintiff,

v.

CENTRAL NETWORK RETAIL GROUP, LLC,

Defendant.

Case No. 26-cv-10834-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Rathjen v. Central Network Retail Group, LLC*, 25-cv-06410-RFL and/or *Morse v. Central Network Retail Group, LLC*, 25-cv-06411-RFL.

**IT IS SO ORDERED.**

Dated: September 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge